IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> FELIX DOMINGO ROSARIO, <br> (aka: Alexis Gonzáles Pérez, Alexis González Pérez, Alexis Pérez, and Felix D. Rosario) <br> Defendant | INDICTMENT <br><br> CRIMINAL NO. 25-259 GMM <br><br> VIOLATION: <br> 8 U.S.C. §§ 1326(a) & (b)(1) <br> (ONE COUNT) |

THE GRAND JURY CHARGES:

**COUNT ONE**
Re-entry of Removed Alien
(Title 8, *United States Code*, Section 1326(a) & (b)(1))

On or about May 19, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**FELIX DOMINGO ROSARIO,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after a felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) and (b)(1).

| | |
|---|---|
| W. STEPHEN MULDROW <br> United States Attorney <br><br> _____ <br> Jenifer Y. Hernández-Vega <br> Assistant United States Attorney <br> Chief, Child Exploitation, Immigration Unit <br><br> _____ <br> Steven Liong-Rodríguez <br> Special Assistant United States Attorney | TRUE BILL <br><br> _____ <br> Foreperson <br> Dated: 6/3/2025 |